IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DARRYL SWINT, #182201, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:17-CV-232-WKW |
| ) | [WO] |
| WILLIAM E. DONALDSON ) | |
| MENTAL HEALTH UNIT and ) | |
| DEPARTMENT OF ) | |
| CORRECTIONS, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Before the court is the Recommendation of the Magistrate Judge. (Doc. # 4.) There being no timely objection filed to the Recommendation, and based on a review of the record, it is ORDERED as follows:

1. The Recommendation of the Magistrate Judge (Doc. # 4) is ADOPTED; and

2. This case is TRANSFERRED to the U.S. District Court for the Northern District of Alabama pursuant to the provisions of 28 U.S.C. § 1404.

DONE this 13th day of June, 2017.

                                              /s/ W. Keith Watkins
                                   CHIEF UNITED STATES DISTRICT JUDGE